IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 6:21-cv-01558-CEM-LRH

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

CASSELBERRY MEAT AND PRODUCE
INC., CALMEL CORPORATION, and JOSE
R. CALDERON,

    Defendants.

## **NOTICE OF SETTLEMENT**

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. hereby gives notice that the parties have reached a settlement that fully resolves this matter. The parties are in the process of finalizing a written settlement agreement that will call for the filing of a voluntary dismissal of the case, and Plaintiff therefore request that the Court administratively close the case (and stay all other deadlines) for a period of thirty (30) days to allow the parties to finalize the agreement without incurring further fees/expenses in this matter.

Dated: January 22, 2022.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza, Esq.
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

James D'Loughy, Esq.<br>
Florida Bar No.: 0052700

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___

Daniel DeSouza